IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-mj-01004-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. VAUGHAN CIPPERLY

       Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT VAUGHAN CIPPERLY**

---

       THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Vaughan Cipperly pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

       On January 22, 2014, an Information was filed which charged defendant Cipperly in Count One with violations of 18 U.S.C. § 371 and 21 U.S.C. § 331(d). The Information also sought forfeiture in the form of a personal money judgment against defendant Cipperly, pursuant to 21 U.S.C. § 334, 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p). (Doc. 1).

       On April 1, 2014, the United States and defendant Cipperly entered into a Plea Agreement, which provides a factual basis and cause to issue a personal money

1

judgment under 21 U.S.C. § 334, 28 U.S.C. § 2461(c), 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure, in the amount of $500,000.00. (Doc. 18).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $500,000.00 is subject to forfeiture as proceeds obtained by defendant Cipperly through commission of the offenses in Count One for which the defendant has pled guilty.

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Cipperly in the amount of $500,000.00 shall be entered in accordance with 21 U.S.C. § 334, 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this 30T day of April, 2014.

BY THE COURT:

KRISTEN L. MIX
United States Magistrate Judge